UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHAO HUI TAN, et al.,<br><br>Defendants. | Case No. 19-cv-00335-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 50 |

On May 4, 2020, Magistrate Judge Joseph C. Spero issued a Report and Recommendation, recommending the court grant plaintiff Pruco Life Insurance Company's Motion for Leave to Deposit Interpleader Funds and grant defendants Jon and Sheila Buchwald's, as co-executors of the estate of Alvin Jow ("Estate"), Motion for Default Judgment against defendant Chao Hui Tan. Dkt. No. 50. Objections were due on or before May 18, 2020. As of today's date, no objection or other response has been filed by any party.

Having reviewed the record in the case, I agree with Magistrate Judge Spero's Report and Recommendation and adopt it in every respect. I order that:

1) The defaults entered as to defendants Jon and Sheila Buchwald, as co-executors of the estate of Alvin Jow, be set aside pursuant to the stipulation between Pruco and the Estate;

2) Judgment be entered in favor of defendants Jon and Sheila Buchwald, as co-executors of the estate of Alvin Jow, and against Chao Hui Tan;

3) Pruco pay the Policy benefit of approximately $100,000, less attorneys' fees, to the Estate;

4) Pruco is awarded attorneys' fees of $10,000 to be deducted from the Policy

1  benefit;

2  5) Pruco is discharged from liability from the claims regarding the benefits of
3  Policy Number L9388061;

4  6) Pruco is dismissed from this action; and

5  7) Defendants Chao Hui Tan, and Jon Buchwald and Sheila Buchwald, as co-
6  executors of the estate of Alvin Jow, are permanently enjoined and restrained
7  from instituting against Pruco any suit, action, or proceeding, administrative or
8  otherwise, related to their claims to the subject benefits of Policy Number
9  L9388061.

**IT IS SO ORDERED.**

Dated: May 21, 2020



WILLIAM H. ORRICK
United States District Judge

2